# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| The Dayton Power and Light Company, American Electric Power Service Corporation, Duke Energy Ohio, Inc., FirstEnergy Service Company, Petitioners, <br><br> v. <br><br> Federal Energy Regulatory Commission, Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 22-_____ |

## PETITION FOR REVIEW OF THE DAYTON POWER AND LIGHT COMPANY, AMERICAN ELECTRIC POWER SERVICE CORPORATION, DUKE ENERGY OHIO, INC. AND FIRSTENERGY SERVICE COMPANY

Pursuant to Section 313(b) of the Federal Power Act ("FPA"), 16 U.S.C. § 825*l*(b), Rule 15(a) of the Federal Rules of Appellate Procedure ("FRAP"), and Rule 15 of the Circuit Rules of the United States Court of Appeals for the Sixth Circuit, The Dayton Power and Light Company dba AES Ohio ("AES Ohio"), American Electric Power Service Corporation ("AEPSC"), Duke Energy Ohio, Inc. ("Duke Energy Ohio"), and FirstEnergy Service Company ("FirstEnergy") (collectively "Petitioners") hereby petition this Court for review of the following orders of the Federal Energy Regulatory Commission ("FERC" or "Commission")

entered in FERC Docket No. ER20-1068:

- Order on Paper Hearing, *Dayton Power & Light Co.*, 176 FERC ¶ 61,025 (2021); and

- Order Addressing Arguments Raised on Rehearing, *Dayton Power & Light Co.*, 178 FERC ¶ 61,102 (2022).

The foregoing orders were entered in a proceeding initiated by Petitioner AES Ohio under Section 205 of the Federal Power Act, 16 U.S.C. § 824d. Copies of the orders are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

The foregoing orders involved a request by AES Ohio to recover a 50-basis point adjustment to its Return on Equity ("ROE") as an incentive for its membership within PJM Interconnection, L.L.C. (PJM). On July 15, 2021, the Commission issued an Order on Paper Hearing with respect to this application. *See* Order on Paper Hearing, *Dayton Power & Light Co.*, 176 FERC ¶ 61,025 (2021) ("July 2021 Order"). Each of the Petitioners timely filed a request for rehearing of the Commission's July 2021 Order on August 13, 2021. On September 16, 2021, the Commission denied rehearing by operation of law. *See* Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, *Dayton Power & Light Co.*, 176 FERC ¶ 62,136 (2021) ("September 2021 Order").

On November 15, 2021, Petitioners timely petitioned for review of the July

2021 Order and September 2021 Order on grounds that their requests for rehearing had been denied by operation of law, pursuant to section 313(a) of the Federal Power Act, 16 U.S.C. § 825*l*(a), and *Allegheny Defense Project v. FERC*, 964 F.3d 1 (D.C. Cir. 2020) (en banc).  *See Dayton Power and Light Co. et al. v. FERC*, 6th Cir. Appeal No. 21-4072.  Appeal No. 21-4072 has been held in abeyance since December 30, 2021 in anticipation of the Commission issuing a further order setting out its justification for denying rehearing by operation of law, and the Petitioners in Appeal No. 21-4072 appealing that order.

On February 17, 2022, the Commission issued an order setting out its grounds for denying rehearing of its July 2021 Order.  *See* Order Addressing Arguments Raised on Rehearing, *Dayton Power & Light Co.*, 178 FERC ¶ 61,102 (2022) ("February 2022 Order").  This petition timely seeks review of the February 2022 Order.  *See* 16 U.S.C. § 825*l*(b).  Once this petition is docketed, Petitioners intend to move to consolidate this appeal with Appeal No. 21-4072 and to file a motion to govern further proceedings in both dockets.[1]

Each of the Petitioners is located in and has its principal place of business within this Circuit:  AES Ohio's principal place of business is Dayton, Ohio;

---

[1] Although Petitioners already petitioned for review of the July 2021 Order in Appeal No. 21-4072, they have included the July 2021 Order in this petition to preserve all rights in the event that the two appeals are not consolidated and proceed separately.

AEPSC's principal place of business is Columbus, Ohio; Duke Energy Ohio's principal place of business is Cincinnati, Ohio; and FirstEnergy's principal place of business is Akron, Ohio.

Respectfully submitted,

/s/ Stacey Burbure
Stacey Burbure
Senior Counsel
American Electric Power Service Corp.
801 Pennsylvania Ave, NW
Suite 735
Washington, DC 20004
(202) 383-3452
slburbure@aep.com

*Counsel for American Electric Power Service Corporation*

/s/ William M. Keyser
William M. Keyser
Johanna Dennehy
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, D.C. 20036
(202) 429-3000
wkeyser@steptoe.com
jdennehy@steptoe.com

*Counsel for American Electric Power Service Corporation*

/s/ P. Nikhil Rao (by permission)
Morgan E. Parke
Associate General Counsel
P. Nikhil Rao
Senior Corporate Counsel
FirstEnergy Service Company
76 South Main St.
Akron, OH 44308
(330) 384-2422
mparke@firstenergycorp.com
pnrao@firstenergycorp.com

*Counsel for FirstEnergy Service Company*

/s/ Heather M. Horne (by permission)
Heather M. Horne
Associate General Counsel
Duke Energy Corporation
1301 Pennsylvania Ave., NW
Suite 200
Washington, DC 20004
Phone: (202) 824-8009
heather.horne@duke-energy.com

*Counsel for Duke Energy Ohio, Inc.*

/s/ Randall V. Griffin (by permission)
Randall V. Griffin
Chief Regulatory Counsel
AES US Services, LLC
1065 Woodman Drive
Dayton, OH 45432

4

                                                (937) 479-8983
randall.griffin@aes.com

*Counsel for The Dayton Power and Light Company d/b/a AES Ohio*

Dated:  April 18, 2022

<b>UNITED STATES COURT OF APPEALS<br>FOR THE SIXTH CIRCUIT</b>

| | | |
|---|---|---|
| The Dayton Power and Light Company, American Electric Power Service Corporation, Duke Energy Ohio, Inc., FirstEnergy Service Company, Petitioners, <br><br> v. <br><br> Federal Energy Regulatory Commission, Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 22-\_\_\_\_\_ |

**CERTIFICATE OF SERVICE**

Pursuant to Rules 15(c) and 25(d) of the Federal Rules of the Appellate Procedure and Rule 25 of the Circuit Rules of the United States Court of Appeals for the Sixth Circuit, I, hereby certify that I have on this 18th day of April, 2022, served by regular U.S. Mail the foregoing Petition for Review of The Dayton Power and Light Company, American Electric Power Service Corporation, Duke Energy Ohio, Inc., FirstEnergy Service Company on the Office of the Solicitor of the Federal Energy Regulatory Commission and the Secretary of the Federal Energy Regulatory Commission:

Kimberly D. Bose
Secretary
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC  20426

Robert H. Solomon
Solicitor
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC  20426
Robert.solomon@ferc.gov

I also caused to be served a true and correct copy of the petition for review by email on all parties in the underlying administrative proceedings that are listed on the official service lists of the Federal Energy Regulatory Commission, as noted in the attached list.

                                            */s/ William M. Keyser*
                                            Steptoe & Johnson LLP
                                            1330 Connecticut Avenue, NW
                                            Washington, DC  20036
                                            (202) 429-3000
                                            wkeyser@steptoe.com

# SERVICE LIST
(Parties in the underlying administrative proceedings)

| | |
|---|---|
| American Municipal Power, Inc. | Lisa McAlister<br>lmcalister@amppartners.org<br>Gerit F. Hull<br>ghull@amppartners.org<br>Christopher J Norton<br>cnorton@amppartners.org |
| Buckeye Power, Inc. | Marvin Griff<br>marvin.griff@thompsonhine.com<br>Kurt Helfrich<br>khelfrich@ohioec.org |
| Edison Electric Institute | Lopa Parikh<br>lparikh@eei.org |
| Industrial Energy Users - Ohio | Robert Weishaar<br>bweishaar@mcneeslaw.com<br>Matthew R. Pritchard<br>mpritchard@mcneeslaw.com<br>Kenneth R. Stark<br>kstark@mcneeslaw.com<br>Kevin M Murray<br>murraykm@mcneeslaw.com |
| Ohio Federal Energy Advocate | Lori Sternisha<br>lori.sternisha@puco.ohio.gov |
| PJM Interconnection, L.L.C. | Mark Stanisz<br>mark.stanisz@pjm.com<br>Craig Glazer<br>Craig.Glazer@pjm.com |
| Public Citizen, Inc. | Tyson Slocum<br>tslocum@citizen.org |
| WIRES | Larry Gasteiger<br>lgasteiger@exec.wiresgroup.com |