UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: __22-3351__

Case Title: __The Dayton Power & Light Co., et al.__ vs. __Federal Energy Regulatory Commission__

List all clients you represent in this appeal:

> Duke Energy Ohio, Inc.

☐ Appellant         ☑ Petitioner         ☐ Amicus Curiae         ☐ Criminal Justice Act
☐ Appellee          ☐ Respondent         ☐ Intervenor                  (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Heather M. Horne__        Signature: s/ __Heather M. Horne__

Firm Name: __Duke Energy Corporation__

Business Address: __1301 Pennsylvania Ave. NW, Suite 200__

City/State/Zip: __Washington / DC / 20004__

Telephone Number (Area Code): __(202) 824-8009__

Email Address: __heather.horne@duke-energy.com__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---