UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-3351 & 21-4072**

Case Title: **Dayton Power & Light Company** vs. **FERC**

List all clients you represent in this appeal:

**FirstEnergy Service Company**

☐ Appellant   ☑ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor              (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sanford I. Weisburst**   Signature: s/ **Sanford I. Weisburst**

Firm Name: **Quinn Emanuel Urquhart & Sullivan, LLP**

Business Address: **51 Madison Avenue, 22nd Floor**

City/State/Zip: **New York, NY 10010**

Telephone Number (Area Code): **(212) 849-7170**

Email Address: **sandyweisburst@quinnemanuel.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.